xxAO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

Michael T. Williams,

    Petitioner,     JUDGMENT IN A CIVIL CASE

V.

                      CASE NUMBER: **3-04-cv-0225-ECR-VPC**

Craig Farwell, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's petition for a writ of habeas corpus is denied.

   September 28, 2007                                                           **LANCE S. WILSON**
                                                                                                   Clerk

                                                                                                   Deputy Clerk