# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL T. WILLIAMS,

    Petitioner,

vs.

CRAIG FARWELL, et al.,

    Respondents.

Case No. 3:04-cv-00225-RCJ-VPC

**ORDER**

    The court denied a certificate of appealability because petitioner's notice of appeal (#35) was untimely and because the time either to extend the time to file an appeal or to reopen the time to file an appeal had expired. Order (#42). Currently before the court are petitioner's motion for reconsideration (#43), respondents' opposition (#44), and petitioner's reply (#45). The court is not persuaded by petitioner's argument, and the court denies the motion.

    Petitioner argues that he never received notice that the court had denied his habeas corpus petition and entered final judgment. Even if true, the court noted in denying the certificate of appealability that petitioner still needed to file a motion to reopen the time to appeal within 180 days after entry of judgment, regardless of whether petitioner received notice of entry of the judgment. See Fed. R. App. P. 4(a)(6)(B). Consequently, there is no basis for the court to reconsider its order.

///
///
///
///

1    IT IS THEREFORE ORDERED that petitioner's motion for reconsideration (#43) is
2 **DENIED**.
3    Dated: August 26, 2014.

```
                                        _____
                                        ROBERT C. JONES
                                        United States District Judge
```